## SAN ANTONIO & A. P. RY. CO. v. GOOCH.
### (No. 6523.)

(Court of Civil Appeals of Texas. Austin. Dec. 20, 1922. Rehearing Denied Jan. 31, 1923.)

Courts ⏌104—Appellate court will decide case *without written opinion when nothing new presented.*

Where, after a careful consideration, the appellate court finds nothing new is presented in appellant's brief, it will decide the case without an extended written opinion.

Appeal from McLennan County Court; Giles P. Lester, Judge.

Action by Frank Gooch against the San Antonio· & Aransas Pass Railway Company. Judgment for plaintiff, and defendant appeals. Affirmed.

Taylor & Hale, of Waco, for appellant.
H. O. Dabney and F. M. Fitzpatrick, both of Waco, for appellee.

KEY, C. J.   This is a damage suit against a railway company, in which the plaintiff was successful, and the defendant has appealed.

The questions presented in appellant's brief. have all been carefully considered, and,

as they present nothing new, and as this court is quite willing to comply with the recommendation of the American Bar Association, and the suggestion often made by attorneys generally (except in their own cases) to the effect that appellate courts decide more cases without written opinions, we refrain from writing an extended opinion, and announce that the judgment of the trial court is affirmed.

Affirmed.